# SUPREME COURT OF HAWAI'I

**March 18, 1996**

| | | |
|---|---|---|
| 19087 | State v. Ross | Affirmed |

| | | |
|---|---|---|
| 18885 | State v. Kalipi | Affirmed except contempt of court is vacated and remanded consistent with Hicks, 71 Haw. 564, 798 P.2d 906 (1990) |
| 19266 | Weaver v. Department of Commerce & Consumer Affairs | Affirmed |